UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CR216 RWS |
| ) | |
| DAVID DOUGLAS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on defendant David Douglas' motion to suppress physical evidence.

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Terry I Adelman. The government filed a response in opposition to the motion of the defendant. Judge Adelman held an evidentiary hearing on June 14, 2007. Thereafter Judge Adelman filed his Report and Recommendation regarding the defendant's motion. No objection to the Magistrate Judge's recommendation was filed.

After fully considering the motion and the Report and Recommendation, the Court will adopt and sustain the thorough reasoning of Judge Adelman set forth in support of his recommended rulings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#46] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant David Douglas' motion to suppress physical evidence [#37] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of August, 2007.